

**ORDERED in the Southern District of Florida on June 25, 2020.**

*Paul Hyman* (signature)

**Paul G. Hyman, Jr., Judge
United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:  CASE NO.: 14-31152-BKC-PGH

Virginia E. Fierro,
Hector Fabian Basualdo,
 CHAPTER 13

Debtors.
_____/

### ORDER APPROVING APPLICATIONS TO WITHDRAW UNCLAIMED FUNDS (ECF NO. 199 & NO. 200)

**THIS MATTER** came before the Court for hearing on June 25, 2020, upon Virginia E. Fierro's Application to Withdraw Unclaimed Funds in the Amount of $1,896.57 (ECF No. 199) and Application to Withdraw Unclaimed Funds in the Amount of $703.20 (ECF No. 200). Being fully advised in the premises and for the reasons stated on the record at the hearing and in accordance with the provisions of 28 U.S.C. § 2042 and Local Rule 3011-1(D), the Court hereby **ORDERS AND**

**ADJUDGES** that:

1. The Applications are **APPROVED;** and

2. The Clerk is directed to disburse, after 14 calendar days from the entry of this order, payment to Virginia E. Fierro, the sums of $1,896.57 and $703.20, now held as unclaimed funds in the treasury for the original claimant, US Bank as Trustee Bank of America.

###

Copies Furnished To:
Debtors
Creditor